No. 20-15114

In the

# United States Court of Appeals for the Ninth Circuit

ROBERT W. AHLSTROM,

*Plaintiff - Appellant,*

vs.

DHI MORTGAGE COMPANY LTD. L.P.

*Defendants - Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
HON. BETH LABSON FREEMAN JUDGE PRESIDING
DISTRICT COURT CASE NO. 19-CV-03435-BLF

## APPELLANT'S MOTION FOR JUDICIAL NOTICE

**SETAREH LAW GROUP**
Shaun Setareh, SBN 204514
Thomas Segal, SBN 222791
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

*Attorneys for Plaintiff/ Appellant*

**MOTION FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiffs-Appellant Robert Ahlstrom asks that this Court take judicial notice of the following in support of Appellant's Opening Brief:

1. The Complaint in *Ahlstrom v. DHI Mortgage Company L.P.,* Northern District of California Case No. 3:17-cv-03843 attached as Exhibit 1.

2. The October 10, 2017 Motion to Compel Arbitration in *Ahlstrom v. DHI Mortgage Company L.P.,* Northern District of California Case No. 3:17-cv-03843 attached as Exhibit 2.

3. The October 10, 2017 Declaration of Paula Hunter Perkins in *Ahlstrom v. DHI Mortgage Company L.P.,* Northern District of California Case No. 3:17-cv-03843 attached as Exhibit 3.

4. The November 21, 2017 Stipulation and Order Staying case in *Ahlstrom v. DHI Mortgage Company L.P.,* Northern District of California Case No. 3:17-cv-03843 attached as Exhibit 4.

5. The September 11, 2018 Motion to Compel Arbitration in *Ahlstrom v. DHI Mortgage Company L.P.,* Northern District of California Case No. 3:17-cv-03843 attached as Exhibit 5.

6. The September 25, 2018 Opposition to Motion to Compel Arbitration in *Ahlstrom v. DHI Mortgage Company L.P.,* Northern District of California Case No. 3:17-cv-03843 attached as Exhibit 6.

7. The November 30, 2018 Order Granting Motion to Compel Arbitration in *Ahlstrom v. DHI Mortgage Company* 7.

This Court regularly takes judicial notice of facts from court documents. "[T]he most frequent use of judicial notice of ascertainable facts is in noticing the content of court records." *Colonial Penn Ins. Co. v. Coil*, 887 F.2d

1236, 1239 (4th Cir. 1989). Accordingly, this Court has held that it "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc*., 971 F.2d 244, 248 (9th Cir. 1992); cf. Fed. R. App. P. 32.1(b) (instructing parties to submit a copy of an "opinion, order, judgment, or disposition" unavailable on publicly accessible electronic databases).

Here, the documents pertain to a prior lawsuit between Plaintiff/ Appellants and entities related to Defendant which involved a motion to compel on the same arbitration agreement ruled on by the same district judge. The documents provide context for the proceedings in the district court in this case.

Appellee DHI has advised that it does not oppose the Court taking judicial notice of the existence of the documents but reserves the right to oppose judicial notice of facts contained in the documents.

Dated: July 20, 2020 Respectfully submitted,

SETAREH LAW GROUP

By: /s/ Shaun Setareh
Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
Robert Ahlstrom

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 5, 2019.

I certify that, other than the individuals listed below, participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I certify that I caused to be mailed a copy of the electronically filed document to the individuals listed below:

NO MAIL SERVICE REQUIRED

Dated: July 20, 2020

Respectfully submitted,

SETAREH LAW GROUP

By: /s/ Shaun Setareh
Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
ROBERT AHLSTROM